IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES MOSLEY, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-4995 |
| | : | |
| BENJAMIN D. KOHLER, ESQ., *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 17th day of September, 2025, upon consideration of Plaintiff James Mosley's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Clerk of Court is **DIRECTED** to strike the duplicative listing of "Prothonotary" as a named Defendant.

4. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

_____
**MIA ROBERTS PEREZ, J.**